UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

WILLIAM CLAYTON MULLEN,

                                    Plaintiff,

            -vs-                              Case No.: 5:15-CV-1512
                                                      (FJS/DJS)

UTECH PRODUCTS, INC.,

                                    Defendant.

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**WHEREAS**, no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action;

**WHEREAS**, the Complaint in the above-titled action was filed on or about December 21, 2015 ("Action");

**WHEREAS**, Defendant has denied and continues to deny Plaintiff's claims and allegations in the Complaint and denies any wrongdoing whatsoever.

**NOW, IT IS HEREBY STIPULATED, ORDERED, ADJUDGED AND DECREED**, by and between the undersigned and attorneys of record in the above-captioned action, **THAT**:

1.      The Court has jurisdiction over the subject matter of the Action and over all parties to the Action;

2.      The Release as set forth in the Settlement Agreement between Plaintiff and Defendant, including the release of claims under the Fair Labor Standards Act and the New York Labor Law, and any and all other wage-hour claims, is hereby approved and the settlement contained therein is a fair, reasonable, and adequate settlement and compromise of a bona fide dispute; and

3. The Action is dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys' fees.

Dated: July 31, 2017

**TULLY RINCKEY, P.L.L.C.**
*Attorneys for Plaintiff*

By: /s/ Kelly A. Magnuson
Kelly A. Magnuson
Bar Roll No. 519535

441 New Karner Road
Albany, New York 12205
(518) 218-7100
kmagnuson@tullylegal.com

Dated: 8/7, 2017

**NIXON PEABODY LLP**
*Attorneys for Defendant*

By: /s/ Andrew C. Rose
Andrew C. Rose
Bar Roll No. 102473
Todd R. Shinaman
Bar Roll No. 506943

677 Broadway
Albany, New York 12207
(518) 427-2650
acrose@nixonpeabody.com

IT IS SO ORDERED:

/s/ Frederick J. Scullin, Jr.

Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: 8/21/2017
Syracuse, NY